## Paul Scott

| | |
|---|---|
| **From:** | Azpell, Jana E. (SHB) [JAZPELL@shb.com] |
| **Sent:** | Thursday, March 28, 2013 11:52 AM |
| **To:** | Paul Scott |
| **Cc:** | Todd Carter; Linda Ahnberg; Fields, Jeff (SHB); Gratton, Michelle R. (SHB); Hamm, Ann Marie (SHB); Nesselhuf, Vanessa K. (SHB); Oland, Rebecca M. (SHB); Sharratt, El (SHB); Wieck, Jeremy (SHB) |
| **Subject:** | RE: Service of new gallbladder lawsuit |

This email is confirmation that your service email has been received as part of the gallbladder settlement program in the Yaz/Yasmin litigation.

Best Regards,
Jana E. Azpell

---

**From:** Paul Scott [mailto:PScott@brbcsw.com]
**Sent:** Monday, March 25, 2013 3:16 PM
**To:** ServeBayer
**Cc:** Todd Carter; Linda Ahnberg; Paul Scott
**Subject:** Service of new gallbladder lawsuit

In accordance with CMO #60, and in particular, Section VI of that Order (entitled "SERVICE OF PROCESS AND ATTORNEY DECLARATIONS FOR NEW CASES FILED BETWEEN THE EXECUTION DATE OF THE AGREEMENT AND THE FILING DEADLINE"), please find attached the following:

1. Complaint alleging a gallbladder removal, filed in MDL No. 2100 on March 25, 2013;
2. Civil cover sheet;
3. Summons (2x); and
4. Declaration of counsel.

Thank you for your attention to this matter.

Paul Scott


Paul Scott
Brown, Readdick, Bumgartner,
Carter, Strickland & Watkins LLP
Post Office Box 220
5 Glynn Avenue
Brunswick, Georgia 31521-0220

Telephone:    912.264.8544
Fax:          912.264.9667


Mail Gate made the following annotations on Thu Mar 28 2013 10:51:54

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original

message. Thank you.

6/3/2013