**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Andrea Branch Miller v. Bayer Corp., et al.*          No. 3:12-cv-11096-DRH-PMF

**BAYER HEALTHCARE PHARMACEUTICALS INC.'S**
**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS WITH PREJUDICE**

Bayer HealthCare Pharmaceuticals Inc. hereby gives notice that it is withdrawing its Motion to Dismiss With Prejudice filed on May 20, 2013 (D.E. 9) as to the *Branch Miller* matter only.[1]

---

[1] Bayer HealthCare Pharmaceuticals Inc. filed a number of Motions to Dismiss With Prejudice on May 20, 2013. This withdrawal applies only to the above-captioned matter.

Dated: June 17, 2013                                    Respectfully submitted,

                                                        *s/ John E. Galvin*

| | |
|---|---|
| Adam L. Hoeflich (IL Bar # 6209163) | John E. Galvin (IL Bar #6205935) |
| Brian S. Prestes (IL Bar # 6288528) | Terry Lueckenhoff (Bar # 27810MO) |
| Bartlit Beck Herman Palenchar & Scott LLP | Fox Galvin, LLC |
| 54 West Hubbard Street, Suite 300 | One S. Memorial Drive, 12th Floor |
| Chicago, Illinois 60654 | St. Louis, Missouri 63102 |
| Telephone: (312) 494-4400 | Telephone: (314) 588-7000 |
| Facsimile: (312) 494-4440 | Facsimile: (314) 588-1965 |
| adam.hoeflich@bartlit-beck.com | jgalvin@foxgalvin.com |
| brian.prestes@bartlit-beck.com | tlueckenhoff@foxgalvin.com |
| | |
| Douglas R. Marvin | Susan A. Weber (IL Bar # 6211895) |
| Williams & Connolly LLP | James W. Mizgala (IL Bar # 6271760) |
| 725 Twelfth Street N.W. | Nathan A. Huey (IL Bar #6280257) |
| Washington, DC 20005 | Sidley Austin LLP |
| Telephone: (202) 434-5400 | One South Dearborn |
| Facsimile: (202) 434-5029 | Chicago, Illinois 60603 |
| dmarvin@wc.com | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| | saweber@sidley.com |
| | jmizgala@sidley.com |
| | nhuey@sidley.com |

*Attorneys for Defendant Bayer HealthCare Pharmaceuticals, Inc.,*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                        *s/ John E. Galvin*